# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BELCASTRO,<br><br>       Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., d/b/a<br>ACCTCORP OF SOUTHERN NEVADA,<br><br>       Defendant. | Case No. 2:16-cv-00502-RFB-GWF<br><br>**ORDER** |

      This matter is before the Court on Defendant Richland Holdings, Inc.'s failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant filed a motion to dismiss (#4) in this matter on April 22, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendant has failed to comply. Accordingly,

      **IT IS ORDERED** that Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 20, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 10th day of May, 2016.

                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge