1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN BELCASTRO,                              )
                                             )
                    Plaintiff,               )        Case No. 2:16-cv-00502-RFB-GWF
                                             )
vs.                                          )        **ORDER**
                                             )
RICHLAND HOLDINGS, INC., d/b/a               )
ACCTCORP OF SOUTHERN NEVADA,                 )
                                             )
                    Defendant.               )
_____)

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on March 8, 2016. Defendant filed a Motion to Dismiss (ECF No. 4) on April 22, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 8, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge