1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 JOHN BELCASTRO,                                        )
                                                        )
9               Plaintiff,                              )        Case No. 2:16-cv-00502-RFB-GWF
                                                        )
10 vs.                                                  )        **ORDER**
                                                        )
11 RICHLAND HOLDINGS, INC., d/b/a                       )
   ACCTCORP OF SOUTHERN NEVADA,                         )
12                                                      )
                Defendant.                              )
13 _____)

14        This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and

15 Scheduling Order.  On June 28, 2016, the Court ordered that the parties file the stipulated Discovery

16 Plan and Scheduling Order on or before July 8, 2016. *See Order* (ECF No. 10).  To date, the parties

17 have failed to comply.  Accordingly,

18        **IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order

19 no later than **July 22, 2016**.  Failure to comply may result in the issuance of an order to show cause

20 why sanctions should not be imposed.

21        DATED this 15th day of July, 2016.

22

23                                                      _____
                                                        GEORGE FOLEY, JR
24                                                      United States Magistrate Judge

25

26

27

28