JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 West Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Office: (702) 240-5191
Facsimile: (702) 240-5797
*ATTORNEYS FOR DEFENDANT*
*RICHLAND HOLDINGS, INC. D/B/A*
*ACCTCORP OF SOUTHERN NEVADA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN BELCASTRO,<br><br>            Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA,<br><br>            Defendant. | Case No.  2:16-cv-00502-RFB-GWF |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOHN BELCASTRO, by and through his counsel of record, RC LAW GROUP, PLLC and Defendant, RICHLAND HOLDINGS, INC., a Corporation dba ACCTCORP, by and through its counsel of record, BOWEN LAW OFFICES, that the above-stated matter be dismissed with prejudice.

Each party is to bear their/its own fees and costs.

| | |
|---|---|
| DATED this 6th day of February, 2017 | DATED this 6th day of February, 2017. |
| **BOWEN LAW OFFICES** | RC LAW GROUP, PLLC |
| */s Jerome R. Bowen, Esq.*<br>JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 004540<br>SARAH M. BANDA, ESQ.<br>Nevada Bar No. 11909<br>9960 W. Cheyenne Avenue, Suite 250<br>Las Vegas, NV 89129<br>twilcox@lvlawfirm.com<br>Attorney for Defendants | By: */s/ Robert M. Tzall, Esq.*<br>ROBERT M. TZALL, ESQ.<br>Nevada Bar No. 13412<br>YAAKOV SAKS, ESQ,<br>7735 Commercial Way, Ste. 100<br>Henderson, Nevada 89011<br>robert@tzalllegal.com<br>*Attorney for Plaintiff* |

Case No. 2:16-cv-00502-RFB-GWF

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOHN BELCASTRO, by and through his counsel of record, RC LAW GROUP, PLLC and Defendant, RICHLAND HOLDINGS, INC., a Corporation dba ACCTCORP, by and through its counsel of record, BOWEN LAW OFFICES, that the above-stated matter be dismissed with prejudice.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of February, 2017.

[PLEADING TITLE] - 1